# EXHIBIT 1

# EXHIBIT 1

You are here: BREG Online Services

Begins with ▾

Search    🛒 Cart

Home - BREG

**BREG Online Services**

Annual Business Filing

Search for a Business Entity

Purchase Documents Online
NEW

Purchase Certificate of Good
Standing

Authenticate a Certificate of
Good Standing

Register a Business

Entity List Builder

Contact BREG

Technical Support

Feedback

Account Login [?]

Create an Account



# HAWAII TOURISM ASSOCIATION, INC.
DOMESTIC PROFIT CORPORATION

GENERAL INFO    STOCKS    TRADE NAMES/MARKS    OTHER FILINGS    BUY AVAILABLE DOCS

## General Info                                    📄 VIEW AND PRINT COMPANY INFO

**Purchase a Certificate of Good Standing for this business:**

☐ 📄  ELECTRONIC  . . . . . . .  **$7.50**

☐ 📄  PRINTED  . . . . . . .  **$7.50**

Add to Cart

| | |
|---|---|
| **MASTER NAME** | HAWAII TOURISM ASSOCIATION, INC. |
| **BUSINESS TYPE** | Domestic Profit Corporation |
| **FILE NUMBER** | 228283 D1 |
| **STATUS** | Active |
| **PLACE INCORPORATED** | Hawaii UNITED STATES |
| **REGISTRATION DATE** | Jan 6, 2010 |
| **MAILING ADDRESS** | PO BOX 208<br>HALEIWA, Hawaii 96712-0208<br>UNITED STATES |
| **TERM** | PER |
| **AGENT NAME** | JUERGEN STEINMETZ |
| **AGENT ADDRESS** | 59-296 ALAPIO RD<br>HALEIWA, Hawaii 96712<br>UNITED STATES |

Subscription Services    Terms of Use    Privacy Policy    ADA Compliance    State Portal    Comments    Contact Us

Copyright © 2008 State of Hawaii. All rights reserved.



# EXHIBIT 2

# EXHIBIT 2

**reviewjournal.**com



Powered by  Clickability

Jul. 29, 2010
Copyright © Las Vegas Review-Journal

# HISTORY IN THE MAKING: Pawn Power

## Popular reality show makes local shop a tourist hot spot

By JOHN PRZYBYS
LAS VEGAS REVIEW-JOURNAL

It has become the most unlikely tourist attraction in town. And if the notion of a pawnshop as a Las Vegas tourist draw seems odd, just think of the Gold & Silver Pawn Shop as a more populist version of the Liberace Museum, but with portraits of Jesus and Jim Morrison instead of the glittering pianist.

On a recent, and very hot, morning, the parking lot of the shop, at 713 Las Vegas Blvd. South, looks like an expensive Dodge'em ride at a downscale carnival. Cabbies, tourists in rental cars and the occasional local fight for space. Visitors walk into and out of the store clutching bags containing T-shirts, bobbleheads and other swag to remind them of the time they visited the set of TV's hottest reality show.

It's called "Pawn Stars," it's on the History channel, and it is, TV numbers crunchers tell us, America's No. 1 cable series among adults ages 25-54.

Its stars, the multigenerational Harrison family, have become pop culture icons mostly by doing what they were doing before the cameras arrived. Now, thanks to the magic of reality TV, their shop is both a mecca and a must-stop for fans who come to Las Vegas.

The signs of fan-love are everywhere, from the exhausted expression on the woman telling her husband as they leave the shop, "Another check mark on your list," to the smile on the jubilant guy who walks out, marveling, "He's standing there, Big Hoss is."

On some days, there's a line of fans waiting their turn to enter the shop. Today, thanks to expected triple-digit temperatures, there's no wait at all.

Inside, though, the place is packed, as fans peer into glass cases, wait in line for a photo with Harrison family patriarch Richard Harrison and load up on souvenirs. But don't mistake these people as callow followers of JerseyShoreBachelorFlavorofLove-type reality geekfests. Here, fans say, history is the appeal.

Joel and Debbie Douthett, visiting from Jacksonville, Fla., call themselves huge fans of the show and, Joel says, "History channel junkies."

Joel has no illusions that, as with most reality shows, "reality" is massaged for dramatic effect. But he says both he and Debbie -- both are teachers, she of special education, he of ninth-grade science -- enjoy learning about history through the items customers bring into the shop.

And, OK, there's the interaction of the characters, too. Debbie is, in fact, leaving with a bobblehead of Rick Harrison that, she claims, is for a colleague who "kind of has a thing for Rick."

Visiting the shop also is a priority for the Wade family of Alliance, Ohio. "This is one thing the boys wanted to see," dad Dave Wade says. "They could care less about anything else."

Son Austin, 13, says, however, that he "didn't expect that many people in there."

Art Camacho of Anaheim, Calif., admits to being surprised that he'd become a fan of the show.

"We've been watching it since it came on the History channel," he says. "At first, we were kind of like, 'Come on. A pawnshop?' I thought reality TV was going the wrong way."

But, ultimately, Camacho finds that he is a sucker for "the characters and the family." Meanwhile, daughter Kaitlyn, 11, calls her visit to the shop "pretty cool. We saw Big Hoss coming out, talking to a person. It was pretty cool."

"Big Hoss" is Corey Harrison, representing the third generation of the Harrison clan, who, it turns out, is as surprised as anybody that his family's place of business would become a tourist destination.

"It's wonderful," he says, "but at the same time, if you told me two years ago there was any possible way we'd get 1,700 to 2,000 people (a day) through the front door, I would have called you a liar."

Harrison says that, since the show began, the store's staff has increased from 13 to 47 and the shop's merchandise has expanded from the usual range of watches, rings, swords, paintings and other cool stuff -- seriously: actual Olympic medals and an IBF championship belt! -- to also include less expensive mementos for tourists to take home.

If "Pawn Stars" has a superfan, it may be Inga Pershing, who says she came from Richmond, Va., just to get a hug from the elder Harrison.

Why? "I don't know," she says. "I like that man. I see him on TV and I wanted a hug from him."

She got it, too. Pershing says she came to Las Vegas with a few friends, but left them at Treasure Island while she went on her "Pawn Stars" pilgrimage.

Was it worth it? "Oh yeah," Pershing says.

And for a true history fan, there's Andrew Rosas, 11, of San Ramon, Calif., who came to the shop with academic credentials: Not only is he a fan of the show, but the show prompted him to write a school paper about Nevada.

Andrew says that what he likes most about the show is "seeing all the historical artifacts."

In fact, Andrew can make a trip to the Gold & Silver Pawn Shop sound like a school field trip. Why, he is asked, should somebody include a visit to the shop on their vacation itinerary?

Because, Andrew answers, "there are a lot of expensive and historical artifacts that are a part of American history."

And some pretty cool bobbleheads and T-shirts, too.

Contact reporter John Przybys at jprzybys@review journal.com or 702-383-0280.

**Find this article at:**
http://www.lvrj.com/neon/pawn-power-99531689.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

Events · eTN Team · Advertising · Submit Articles · SUBSCRIBE TO eTN

**Las Vegas Coupons** 1 ridiculously huge coupon a day. Get 50-90% off Las Vegas's best! www.Groupon.com/Las-Vegas
**Vegas's Best At Half Off** Save 50-90% On Vegas's Best Things To Do, Eat, & Buy. New Deals Daily! BuyWithMe.com/L
**Las Vegas 1-Day Coupons** Up to 90% Off the Best Stuff to do! Restaurants, Spas, Events and More. www.LivingSocial.
Ads by Google

| Australia / NZ & Pacific | USA & Canada | America (not US/Can) | Europe & Israel | Middle East & Gulf | Africa | Central Asia | East Asia |
| Global Issues | Interviews | Travel Deals | eTN Partners | Tourism Executives | Business,Corporate,MICE | Newswire | |

Home                    Search for: [_____]  Search

MOST UNLIKELY TOURIST ATTRACTION IN LAS VEGAS

## TV show turns Las Vegas pawn shop into tourist attraction



*Image via lvrj.com*

**Print Restaurant Coupons**
100's of Printable Coupons
Coupons from 1,000's of
Restaurants
www.ShopAtHome.com

**ScanSquad 702-379-2768**
Free pick-up & delivery! We scan
Photos,Film,VHS,Digital Tape &
more
www.scansquadlv.com

**Natural Sunless Spray Tan**
The Best Spray Tans in Las
Vegas! Guaranteed Great Color or
it's Free
www.happibake.com
Ads by Google

BY JOHN PRZYBYS | JUL 29, 2010

It has become the most unlikely tourist attraction in town. And if the notion of a pawnshop as a Las Vegas tourist draw seems odd, just think of the Gold & Silver Pawn Shop as a more populist version of the Liberace Museum, but with portraits of Jesus and Jim Morrison instead of the glittering pianist.

On a recent, and very hot, morning, the parking lot of the shop, at 713 Las Vegas Blvd. South, looks like an expensive Dodge'em ride at a downscale carnival. Cabbies, tourists in rental cars and the occasional local fight for space. Visitors walk into and out of the store clutching bags containing T-shirts, bobbleheads and other swag to remind them of the time they visited the set of TV's hottest reality show.

It's called "Pawn Stars," it's on the History channel, and it is, TV numbers crunchers tell us, America's No. 1 cable series among adults ages 25-54.

Its stars, the multigenerational Harrison family, have become pop culture icons mostly by doing what they were doing before the cameras arrived. Now, thanks to the magic of reality TV, their shop is both a mecca and a must-stop for fans who come to Las Vegas.

The signs of fan-love are everywhere, from the exhausted expression on the woman telling her husband as they leave the shop, "Another check mark on your list," to the smile on the jubilant guy who walks out, marveling, "He's standing there, Big Hoss is."

On some days, there's a line of fans waiting their turn to enter the shop. Today, thanks to expected triple-digit temperatures, there's no wait at all.

Inside, though, the place is packed, as fans peer into glass cases, wait in line for a photo with Harrison family patriarch Richard Harrison and load up on souvenirs. But don't mistake these people as callow followers of JerseyShoreBachelorFlavorofLove-type reality geekfests. Here, fans say, history is the appeal.

Joel and Debbie Douthett, visiting from Jacksonville, Fla., call themselves huge fans of the show and, Joel says, "History channel junkies."

Joel has no illusions that, as with most reality shows, "reality" is massaged for dramatic effect. But he says both he and Debbie -- both are teachers, she of special education, he of ninth-grade science -- enjoy learning about history through the items customers bring into the shop.

And, OK, there's the interaction of the characters, too. Debbie is, in fact, leaving with a bobblehead of Rick Harrison that, she claims, is for a colleague who "kind of has a thing for Rick."

Visiting the shop also is a priority for the Wade family of Alliance, Ohio. "This is one thing the boys wanted to see," dad Dave Wade says. "They could care less about anything else."

Son Austin, 13, says, however, that he "didn't expect that many people in there."

Art Camacho of Anaheim, Calif., admits to being surprised that he'd become a fan of the show.

"We've been watching it since it came on the History channel," he says. "At first, we were kind of like, 'Come on. A pawnshop?' I thought reality TV was going the wrong way."

But, ultimately, Camacho finds that he is a sucker for "the characters and the family." Meanwhile, daughter Kaitlyn, 11, calls her visit to the shop "pretty cool. We saw Big Hoss coming out, talking to a person. It was pretty cool."

"Big Hoss" is Corey Harrison, representing the third generation of the Harrison clan, who, it turns out, is as surprised as anybody that his family's place of business would become a tourist destination.

"It's wonderful," he says, "but at the same time, if you told me two years ago there was any possible way we'd get 1,700 to 2,000 people (a day) through the front door, I would have called you a liar."

Harrison says that, since the show began, the store's staff has increased from 13 to 47 and the shop's merchandise has expanded from the usual range of watches, rings, swords, paintings and other cool stuff -- seriously: actual Olympic medals and an IBF championship belt! -- to also include less expensive mementos for tourists to take home.

If "Pawn Stars" has a superfan, it may be Inga Pershing, who says she came from Richmond, Va., just to get a hug from the elder Harrison.

Why? "I don't know," she says. "I like that man. I see him on TV and I wanted a hug from him."

She got it, too. Pershing says she came to Las Vegas with a few friends, but left them at Treasure Island while she went on her "Pawn Stars" pilgrimage.

Was it worth it? "Oh yeah," Pershing says.

And for a true history fan, there's Andrew Rosas, 11, of San Ramon, Calif., who came to the shop with academic credentials: Not only is he a fan of the show, but the show prompted him to write a school paper about Nevada.

Andrew says that what he likes most about the show is "seeing all the historical artifacts."

In fact, Andrew can make a trip to the Gold & Silver Pawn Shop sound like a school field trip. Why, he is asked, should somebody include a visit to the shop on their vacation itinerary?

Because, Andrew answers, "there are a lot of expensive and historical artifacts that are a part of American history."

And some pretty cool bobbleheads and T-shirts, too.

Source: lvrj.com

LAS VEGAS |PAWN SHOP |REALITY SHOW |TOURIST ATTRACTION |USA & CANADA |VISITORS

**Questions about** await ?

## Related Articles

Las Vegas visitor numbers increase 4.3% in September
Desperate Las Vegas slashes prices to lure the tourists back
Las Vegas economy may get a hangover from high living
Tourism continues dramatic decline
Disney goes to the dogs
Big Apple tourism is booming
Statue of Liberty to close in October 2011 for safety upgrades
Colosseum tunnels: Rome's latest tourist attraction

Email this page |     Print this page |     Write a comment ( 0) |     Get the news feed |**Subscribe to eTN**

## Comments

## Post new comment

| Your name: * | |
|---|---|
| E-mail: * | |
| The content of this field is kept private and will not be shown publicly. | |
| Homepage: | |
| Comment: * | |

- Web page addresses and e-mail addresses turn into links automatically.
- Allowed HTML tags: <a> <em> <strong> <h1><h2><cite> <code> <ul> <ol> <li> <dl> <dt> <dd><img><span>
- Lines and paragraphs break automatically.
- Images can be added to this post.
- You may insert YouTube videos with [youtube:ID]

More information about formatting options

**CAPTCHA**
This question is to prevent automated spam submissions.

d
? N a %

**What code is in the image?:** *
Enter the characters shown in the image without spaces, also respect upper and lower case.

[ Preview comment ]  [ Post comment ]

**SUBSCRIBE TO eTN** eTN Africa | eTN Asia | eTN Australia/ Pacific | eTN Caribbean/Central America | eTN Europe | eTN Gulf/Middle East | eTN USA/Canada | eTN South America | eTN For Journalists | eTN Hawaii | eTN Romance Travel Weekly | eTN TravelIndustrydeals | eTN Summary headlines

**Global Event Calendar** About eTN | eTN Team | Company Profile | Privacy Police | eTN Partners | **Submit Stories** | **Subscription** | Circulation |

More information: Contact Form | **eTN Advertising** | eTN TravelTelegram | Business Travel | eTurbonews.de | Restaurants | eTurboMail |

© 2007-2010 eTurboNews, Inc. All rights Reserved

# EXHIBIT 4

# EXHIBIT 4

Events · eTN Team · Advertising · Submit Articles ·



The Best in
Las Vegas
up to 90% off
GROUPON
Get Today's Deal
www.Groupon.com/LasVegas
Ads by Google

| Australia/ NZ & Pacific | USA & Canada | America (not US/Can) |

Europe & Israel | Middle East & Gulf | Africa | Central Asia | East Asia

Global Issues | Interviews | Travel Deals | eTN Partners | Tourism Executives

Business,Corporate,MICE | Newswire

Home                    Search for: [                    ]  Search

NEVADA TOURISM

## Las Vegas poll: No hookers or hashish



Image via ebaumsworld.com

BY JENNIFER ROBISON | AUG 30, 2010

A new Review-Journal/8NewsNow poll found a strong majority of Nevadans against legalizing marijuana and prostitution to boost tourism. On the pot question, 64 percent of respondents gave the thumbs-down to Dutch-style hashish and marijuana bars in Las Vegas. Residents weighing in against brothels in Clark County proved even more overwhelming, with 79 percent of participants registering disapproval.

Mason-Dixon Polling & Research conducted the survey of 405 registered Clark County voters. The poll has a margin of error of plus or minus 5 percentage points.

**Las Vegas Homes**
View Floor Plans, Community Info & More. Find Your Home in Las Vegas!
www.Beazer.com/LasVegas

**Heck on Women's Health**
Joe Heck's voting record is bad for women's health. Learn more.
www.nevadawomenvote.org

**Make a Date with Versace**
You Can Experience Versace VIP Treatment at the New Vegas Boutique
VersaceVegas.com

Ads by Google

Brad Coker, a pollster with Mason-Dixon, said even Nevada's live-and-let-live ethos couldn't nudge voters toward acceptance of controversial laws.

"Things are maybe a little desperate in Clark County these days, but I don't think they're quite that desperate yet," Coker said. "These kinds of issues push the limits of even a libertarian community. You could go to some very liberal communities, and the idea of legalizing prostitution would probably raise a few eyebrows."

Plus, setting up pot bars would fly against the broader, more mainstream visitor base local hotel-casino operators and tourism officials have worked to attract to Southern Nevada, Coker said. And then there's the public-safety issue: It's one thing to endorse pot smoking in the privacy of the home, but sticking hash bars on street corners is a whole different scene. Smokers might drive home after indulging, and that could make some voters leery of the idea, Coker said.

Nevada's voters have the right idea, though, said Bill Thompson, a University of Nevada, Las Vegas professor who specializes in gambling studies and has observed the Las Vegas tourism market for 30 years.

Legalizing local brothels and hash bars would actually hurt the city's hospitality sector, Thompson said.

For one thing, forget about girlfriends and wives tolerating their boyfriends' and husbands' weekend guys' forays to a brothel-heavy Las Vegas. Legalizing prostitution here would unequivocally place Las Vegas in the category of unacceptable places to visit, Thompson said.

Besides, if prostitution could yield such a great economic boost, then Mound House would be the Nevada town that hosts 36 million visitors a year.

"And I think you should really consider what kind of people this would draw," Thompson said. "We don't need anymore sleazy people. It would be like having an NBA All-Star Weekend here every week."

Nor would pot bars bolster the gaming sector, Thompson said.

He and late UNLV economist Keith Schwer studied compulsive gamblers a while back and found that drinkers had the most severe issues with problem gambling, while drug users had the least-serious gambling habits. The lesson? Get consumers high, and they'll spend less time at the craps

tables. As Thompson points out, he's walked into casinos at least 1,000 times, and never has he smelled marijuana in the air.

Despite the obstacles, numerous policymakers and advocacy groups have proposed legalizing prostitution or pot in Nevada and Las Vegas.

Most famously, Las Vegas Mayor Oscar Goodman in 2003 suggested turning downtown's East Fremont Street into a "little Amsterdam," and called prostitution a potential "redevelopment tool." Legalized brothels would also generate revenue and provide a safer environment for the sex trade, he said.

Goodman wasn't available to comment for this article before press time.

Initiatives to legalize marijuana appeared on state ballots in 2002 and 2006, going down in defeat both times. Sixty-one percent opposed the 2002 question calling for allowing Nevadans to carry three ounces of pot. The 2006 version fared a little better, with 56 percent voting it down.

And hilarity ensued in 2004 when pro-pot advocates lost petitions with roughly 6,000 signatures endorsing their ballot question, and subsequently failed to submit the documents to election registrars before the deadline. ("Dude, we forgot to take these sigs to The Man, man!!")

More recently, advocacy group Nevadans for Sensible Marijuana Laws lost national backing from the Marijuana Policy Project in a bid to get yet another pro-legalization question on the ballot in 2012. Group leaders acknowledged on Aug. 3 that their effort could end as a result, though they didn't respond to a query for this story.

Source: lvrj.com
DRUGS|LAS VEGAS|NEVADA|POLL|PROSTITUTION|USA & CANADA

## Related Articles

TV show turns Las Vegas pawn shop into tourist attraction
Las Vegas to host the 11th Global Travel and Tourism Summit in 2011
With economy in the gutter, appreciation of tourists grows amongst Hawaii residents
Ritz-Carlton Las Vegas to close due to drop in demand and revenue
Hurting Vegas gets 5,900 more hotel rooms
Las Vegas visitor numbers increase 4.3% in September
San Francisco voted the best American city to visit
General Haig resigns from MGM Mirage board of directors

---

Email this page |     Print this page |     Write a comment ( 1 ) |     Get the news feed | **Subscribe to eTN**

## Comments

**Gwen Beck** on August 31, 2010 - 5:11am
"And I think you should really consider what kind of people this would draw," Thompson said. "We don't need anymore sleazy people. It would be like having an NBA All-Star Weekend here every week."

Since the NBA All-Stars are almost entirely black, does he mean hookers tend to be black? Statistically, 75% of females with HIV/AIDS are African-American. HIV/AIDS is disproportionately high in the black population.

All-Star weekend in Vegas has been linked to "The Black KKK"

What Thompson might be saying is we don't need a bunch of black ho streetwalkers in town and the black tourists patronizing them. We also don't want stoned pot heads laying around doing nothing. We want classy white money deposited into our opulent casinos. Let the friff-fraff stay home.

Reply | Flag

## Post new comment

| | |
|---|---|
| **Your name:** * | |
| **E-mail:** * | |
| The content of this field is kept private and will not be shown publicly. | |
| **Homepage:** | |
| **Comment:** * | |

- Web page addresses and e-mail addresses turn into links automatically.
- Allowed HTML tags: <a> <em> <strong> <h1> <h2> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <span>
- Lines and paragraphs break automatically.
- Images can be added to this post.
- You may insert YouTube videos with [youtube:ID]

More information about formatting options

## CAPTCHA
This question is to prevent automated spam submissions.

$  G     N
     8          Y

**What code is in the image?:** *

Enter the characters shown in the image without spaces, also respect upper and lower case.

[ Preview comment ]   [ Post comment ]

eTN Africa | eTN Asia | eTN Australia/ Pacific | eTN Caribbean/Central America | eTN Europe | eTN Gulf/Middle East | eTN USA/Canada | eTN South America | eTN For Journalists | eTN Hawaii | eTN Romance Travel Weekly | eTN Travelindustrydeals | eTN Summary headlines

**Global Event Calendar** | About eTN | eTN Team | Company Profile | Privacy Police | eTN Partners | **Submit Stories** | **Subscription** | Circulation |

Contact Form | **eTN Advertising** | eTN TravelTelegram | Business Travel | ForImmediateRelease | eTurboNews.de (German) | Restaurants (German) | Business travel (German) |

© 2001-2010 eTurboNews, Inc. All rights Reserved

# EXHIBIT 5

# EXHIBIT 5

Nevada Tourism Las Vegas poll: No hookers or hashish... - eTurboNews.com - Windows Internet Explorer

File   Edit   View   Favorites   Tools   Help

Favorites   Sign On - WebExNext

Nevada Tourism Las Vegas poll: No hookers or hashis...

http://www.eturbonews.com/16200/las-



Home | Australia/ NZ & Pacific | USA & Canada | America (not US/Can) | Europe & Israel | Middle East & Gulf | Africa | Central Asia
East Asia | Global Issues | Interviews | Travel Deals | eTN Partners | Tourism Executives | Business,Corporate,MICE | Newswire

Search the: | Google™ Custom Search   **Search**

Events · eTN Team · Advertising · Submit Articles ·

NEVADA TOURISM

# Las Vegas poll: No hookers or hashish



Image via eHow.com

BY JENNIFER ROBISON | AUG 30, 2010

A new Review-Journal/8NewsNow poll found a strong majority of Nevadans against legalizing marijuana and prostitution to boost tourism. On the pot question, 64 percent of respondents gave the thumbs-down to Dutch-style hashish and marijuana bars in Las Vegas. Residents weighing in against brothels in Clark County proved even more overwhelming, with 79 percent of participants registering disapproval.

Mason-Dixon Polling & Research conducted the survey of 405 registered Clark County voters. The poll has a margin of error of plus or minus 5 percentage points.

Brad Coker, a pollster with Mason-Dixon, said even Nevada's live-and-let-live ethos couldn't nudge voters toward acceptance of controversial laws.

"Things are maybe a little desperate in Clark County these days, but I don't think they're quite that desperate yet," Coker said. "These kinds of issues push the limits of even a libertarian community. You could go to some very liberal communities, and the idea of legalizing prostitution would probably raise a few eyebrows."

Plus, setting up pot bars would fly against the broader, more mainstream visitor base local hotel-casino operators and tourism officials have worked to attract to Southern Nevada, Coker said. And then there's the public-safety issue: It's one thing to endorse pot smoking in the privacy of the home, but sticking hash bars on street corners is a whole different scene. Smokers



## Publisher's recommendation:

Airport Parking at LAX, JFK, SeaTac
Lake Como, Grand Hotel Villa Serbelloni
Iran travel consultant
Amsterdam City Tours - inbound travel Holland
Mailorders Hawaiian Products
Coming to Jordan, choose STI Middle East
Best Budget Hotel in Amman, Jordan
Roberts Hawaii Tour and Inbound Operator
Best Airfares from the Philippines : Shroff Intl.
Travel
Deluxe Tours - Middle East & Africa specialists1
Fiancee Visas Philippines

Submit your link

THE WORLD LIVE

## Las Vegas Homes
View Floor Plans, Community Info & More. Find Your Home in Las Vegas!
www.8easier.com/LasVegas

## Heck on Women's Health
Joe Heck's voting record is bad for women's health. Learn more.
www.nevadawomenvote.org

## Make a Date with Versace
You Can Experience Versace VIP Treatment at the New Vegas Boutique
VersaceVegas.com

Ads by Google

Get Today's Deal
Ads by Google



LAS VEGAS TOURISM INDUSTRY

# Las Vegas Hospitality Association announces 2009 board of directors

BY ETN STAFF WRITER | JAN 22, 2009

LAS VEGAS, NV – Linda Nees, president of the Las Vegas Hospitality Association (LVHA), a nearly 800-member Las Vegas tourism industry organization, announced its new 2009 board of directors at its January 20 installation luncheon held at the Westin Casuarina as she stepped into the role of chairwoman of the board.

The incoming board is:

Chairwoman, Linda Nees, Freeman Company
President, CeCe Knapp, Hooters Vice President of Hotel Operations
President-Elect, Stacey Purcell, Las Vegas Meetings
Harrah's Entertainment
1st VP Membership, Lynda Richardson, HelmsBriscoe
2nd VP Meetings, Bryan Kroten, Pole Position Raceway
Secretary, Erika Welling, GES Expositions Services
Treasurer, Maria Laughlin, Las Vegas Convention and Visitors Authority

Directors:

Jennifer Gachui, HelmsBriscoe
Julie Holzer, Edlen Electrical Exhibition Services
Neil Johnson, Las Vegas Convention and Visitors Authority
Susan Kazhani, Palms Casino Resort
J. J. Wills, Las Vegas Meetings Harrah's Entertainment
Melissa Zeceo, Hello Las Vegas

Ce Ce Knapp, who also served as president of the LVHA in 2002, outlined her goals for this year. She hopes to increase membership, raise awareness of tourism education, facilitate even more giving in the community, and nurture leadership in gaming and tourism.

Nees recognized 53 sponsors that assisted with 15 LVHA events in 2008 and four event photography

## Just found on KAYAK: fares to Las Vegas

$268* from New York on Oct 17 - 23
$115* from Los Angeles on Jan 5 - 10
$232* from Boston on Sep 11 - 14
$99* from San Francisco on Sep 15 - 26
$312* from Newark on Dec 11 - 14

* Some fares weeks. Click for more info.

**KAYAK**

### Publisher's recommendation:

Airport Parking at LAX, JFK, SeaTac
Lake Como, Grand Hotel Villa Serbelloni
Iran travel consultant
Amsterdam City Tours - Inbound travel Holland
Multoeders Hawaiian Predotes
Coming to Jordan, choose a 5*** Middle East
East Bodget Hotel in Amman, Jordan
Riviera Hawaii: Tour and Inbound Operator
Best Airlines from the Philippines : Sharff Int. Travel
Deluxe Tours - Middle East & Africa specialists1
Fiances Visas Philippines

Submit your link

THE WORLD LIVE
earthtvcom

Ads by Google

Check City Las Vegas Ny
CheckCity Loaned Millions since '89 Apply Online Now and Get

Las Vegas Office Space
Offices, Executive Suites from $99
NW or SE locations 702-948-5080

Las Vegas Events
Looking For Something To Do In Las Vegas? Sign-up & Get 50% Off

# EXHIBIT 6

# EXHIBIT 6

*-APPLICATION-*

## Title

**Title of Work:** Pawn Power. Popular reality show makes local shop a tourist hot spot

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 29, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**   Steven A. Gibson

**Date:**   September 2, 2010

**Applicant's Tracking Number:**   0002072

**Registration #:**

**Service Request #:**   1-481234828

**Application Date:**   09-02-2010 20:13:38

# Correspondent ————————————————————

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate ————————————————————

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States