SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>HAWAII TOURISM ASSOCIATION, INC., a Hawaii domestic corporation; and JUERGEN T. STEINMETZ, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01543-GMN-PAL<br><br>**PLAINTIFF RIGHTHAVEN LLC'S INTERIM STATUS REPORT PURSUANT TO LR 26-3** |

Plaintiff Righthaven LLC ("Righthaven") hereby submits this Interim Status Report pursuant to LR 26-3 and the Court's September 6, 2011 Minute Order (Doc. # 14). For the reasons set forth herein, Righthaven does not anticipate this action proceeding to trial.

On September 10, 2010, Righthaven commenced this action against Defendants Hawaii Tourism Association, Inc. ("Hawaii Tourism") and Juergen T. Steinmetz ("Steinmetz") for copyright infringement. Hawaii Tourism was served with the Summons and Complaint on January 25, 2011. (Doc. # 10.) Service could not be effectuated as to Steinmetz. As a result, the

Court dismissed Righthaven's claims against Steinmetz without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (Doc. # 11.)

Hawaii Tourism was required to answer or otherwise appear in this action on or before February 15, 2011. (Doc. # 10.) Hawaii Tourism has failed to do so. Accordingly, Righthaven will be applying to the Clerk of the Court for entry of default against Hawaii Tourism, thereby terminating its right to defend in this case.

Righthaven, however, certainly appreciates the fact that this Court has a renewed motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Rule 12(b)(1)") presently pending before it in *Righthaven LLC v. Virginia Citizens Defense League, Inc.,* Case No. 2:10-cv-01683-GMN-PAL ("*Virginia Citizens*"). The Court previously determined in *Virginia Citizens* that Righthaven's allegations sufficiently establish standing to bring a copyright infringement claim under the pleading requirements of Federal Rule of Civil Procedure 8(a). *Virginia Citizens Defense League, Inc.,* Case No. 2:10-cv-01683-GMN-PAL (D. Nev. June 23, 2011) (Doc. # 26 at 13:3-4,13:14-17). Nevertheless, the defendants in *Virginia Citizens* renewed request for dismissal for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) request for dismissal for lack of subject matter jurisdiction is awaiting adjudication by the Court. Should the Court deny the defendants' renewed Rule 12(b)(1) motion in *Virginia Citizens*, it would affirm Righthaven's entitlement to seek entry of a default judgment against Hawaii Tourism in this case. Accordingly, upon resolution of the pending Rule 12(b)(1) motion in *Virginia Citizens*, Righthaven anticipates that this action can be fully and finally adjudicated without the need for trial by entry of a default judgment against Hawaii Tourism.

Dated this 21st day of September, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and as provided for under the applicable Local Rules of Civil Practice, I certify that on this 21st day of September, 2011, I caused a true and correct copy of foregoing document to be served pursuant to the Court's ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Plaintiff Righthaven LLC*